UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD CRAIG FISH,<br>Plaintiff,<br>v.<br>SANTA CLARA COUNTY,<br>Defendant. | Case No.18-cv-06671-VKD<br><br>**ORDER DENYING MOTION FOR ATTORNEYS' FEES WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 32 |

On March 13, 2019, defendant Magnum Aviation Inc. ("Magnum") filed a motion for attorneys' fees and costs pursuant to 42 U.S.C. § 1988(b) and California Civil Code § 1780(e). Dkt. No. 32. For the following reasons, the Court denies that motion without prejudice.

Civil Local Rule 54-5 requires counsel for the respective parties to meet and confer for the purpose of resolving all disputed issues relating to attorneys' fees before a motion for fees is filed. Civ. L.R. 54-5(a). A motion for fees must be supported by declarations or affidavits containing certain information, including a "statement that counsel have met and conferred for the purpose of attempting to resolve any disputes with respect to the motion or a statement that no conference was held, with certification that the applying attorney made a good faith effort to arrange such a conference, setting forth the reason the conference was not held." Civil L.R. 54-5(b)(1). Magnum submitted a declaration in support of its motion for fees from its counsel, Christopher Hersey, but Mr. Hersey's declaration does not indicate whether the parties attempted to meet and confer prior to Magnum's filing of its motion. *See* Dkt. No. 33. "Such a violation of the meet and confer requirement is a permissible ground for the denial of a motion for attorneys' fees." *Van v. Language Line, LLC*, No. 14-cv-03791-LHK, 2016 WL 5339805, at *12 (N.D. Cal. Sept. 23, 2016) (internal quotation marks and citations omitted).

Magnum may file a motion for attorneys' fees that complies with Civil Local Rule 54-5 by **May 7, 2019**. If it chooses to make such a motion, Magnum must submit for *in camera* inspection its contemporaneous time and billing records showing: (i) the services for which it seeks attorneys' fees, (ii) the dates on which the services were performed, and (iii) the amounts billed for those services. *See* Civil L.R. 54-5(b)(2).

The hearing scheduled for April 30, 2019 is VACATED.

**IT IS SO ORDERED.**

Dated: April 26, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge